UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**ANNA BEAULIALICE**,
**and all similarly situated individuals,**

        Plaintiff,

vs.                                 **Case No. 8:04-CV-2316-T-24EAJ**

**FEDERAL HOME LOAN MORTGAGE CORPORATION**,

        Defendant.
_____/

## O R D E R

Before the court are **Plaintiff's Motion to Compel and Incorporated Memorandum of Law** (Dkt. 70), filed August 15, 2006, and **Defendant's Opposition to Plaintiff's Motion to Compel** (Dkt. 72), filed August 21, 2006. The undersigned heard oral argument on this motion on August 23, 2006.

Upon consideration, it is **ORDERED AND ADJUDGED**:

(1)     For the reasons stated at the hearing, Plaintiff's Motion to Compel (Dkt. 70) is **DENIED** without prejudice to reassert, if appropriate, following the Fed. R. Civ. P. 30(b)(6) depositions scheduled for September 1, 2006.

(2)     In accordance with the agreement reached by the parties, Plaintiff shall have until September 22, 2006, to respond to any dispositive motions filed by today's date.

**DONE AND ORDERED** in Tampa, Florida on this 23rd day of August, 2006.

                                        ELIZABETH A JENKINS
                                        United States Magistrate Judge